Thomas F. Carlucci, NV State Bar No. 3208
FOLEY & LARDNER LLP
555 California St., Suite 1700
San Francisco, CA 94104
Telephone: 415.434.4484
Facsimile: 415.434.4507
Email: tcarlucci@foley.com

Carrie Hoffman (admitted pro hac vice)
FOLEY & LARDNER LLP
2021 McKinney Ave., Suite 1600
Dallas, Texas 75201
Tel: 214.999.4667
Fax: 214.999.3000
Email: choffman@foley.com

Peter S. Christiansen, NV State Bar No. 5254
Keely P. Chippoletti, NV State Bar No. 13931
CHRISTIANSEN TRIAL LAWYERS
710 South 7th Street
Las Vegas, NV 89101
Telephone: 702.240.7979
Facsimile 866.412.6992
Email: pete@christiansenlaw.com
Email: keely@christiansenlaw.com

Attorneys for Defendant
JOHNSON BROTHERS OF NEVADA, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALBERTO GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON BROTHERS OF NEVADA, INC., a domestic corporation; DOES I-V, inclusive; and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | Case No. 2:26-CV-00694-GMN-EJY<br><br>**[~~PROPOSED~~] STIPULATED EXTENSION OF DISCOVERY CUT-OFF DATE**<br><br>Judge: Hon. Gloria M. Navarro<br><br>Removal Date: March 10, 2026 |

Defendant Johnson Brothers of Nevada, Inc. ("Defendant") and Plaintiff Alberto Garcia ("Plaintiff") (together, the "Parties") hereby enter into this stipulation to extend the Discovery Cut-Off Date to preserve the Parties' ability to complete fact discovery.

**STIPULATED EXTENSION OF DISCOVERY CUT-OFF DATE**

WHEREAS, the Parties had previously agreed on a Discovery Cut-Off Date of September 9, 2026, as stated in the parties' April 24, 2026 Stipulated Discovery Plan (Dkt. 9);

WHEREAS, the Parties respectfully request a brief, fourteen (14) day extension of the Discovery Cut-Off Date to facilitate the completion of fact discovery;

WHEREAS, the parties agree, subject to the approval of the Court, that the Discovery Cut-Off Date shall be extended 14 days until September 23, 2026;

Nothing herein shall alter any other aspects of the Scheduling Order.

Dated: August 10, 2026

**REAGAN A. WEBER**

*/s/ Reagan A. Weber*

Reagan A. Weber

Attorney for Plaintiff
ALBERTO GARCIA

**FOLEY & LARDNER LLP**
Carrie Hoffman
Thomas F. Carlucci

**CHRISTIANSEN TRIAL LAWYERS**
Peter S. Christiansen

*/s/ Carrie B. Hoffman*

Carrie Hoffman

Attorneys for Defendant

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: August 11, 2026